USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1920 UNITED STATES, Appellee, v. YUSUF TORRES, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Janet H. Pumphrey on brief for appellant. _________________ Paul M. Gagnon, United States Attorney, and Jean B. Weld, ________________ ______________ Assistant United States Attorney, on brief for appellee. ____________________ February 12, 1997 ____________________ Per Curiam. Defendant appeals from his sentence on the __________ sole ground that the district court erred "in failing to consider a downward departure under U.S.S.G. 5K2.0 because the 100-to-1 penalty for crack and powder cocaine violates the equal protection clause." He specifically argues that, when Congress disapproved the Sentencing Commission's proposal to equalize those penalties, it violated equal protection. However, we already have rejected the substance of that argument. See United States v. Andrade, 94 F.3d 9, ___ _____________ _______ 14-15 (1st Cir. 1996); United States v. Singleterry, 29 F.3d _____________ ___________ 733, 739-41 (1st Cir.), cert. denied, 115 S.Ct. 647 (1994). ____________ Defendant presents no discernible reason to diverge from that precedent. The sentence is affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-